CLAFLIN ET AL. v. VOORHEES.

Matter of practice.

*F. Kingman,* for the defendant, moved to set aside an *alias* execution, issued on a judgment obtained in 1858, because no notice was given nor sufficient order made, as required by section forty-two of act of 1855.   (*Nix. Dig.* 738, § 162.*)

Argued before Justices BEDLE, DALRIMPLE, and SCUDDER.

PER CURIAM.   Execution having issued within a year after the recovery of the judgment and returned unsatisfied, the plaintiff could lawfully issue an *alias* without a special order.   Such is only required in cases where no execution has been issued within six years after the recovery of the judgment.

Motion denied.

* *Rev., p.* 879, § 201.